UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURJENT SINGH, A241 708 483,

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No. 1:26-cv-00174-DJC-EFB (HC)

ORDER GRANTING PETITION

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.
2. Respondents' request for abeyance and motion to dismiss are DENIED.
3. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner without a pre-deprivation bond hearing before a neutral adjudicator, who possesses authority to order release, at which the Government must prove by clear and convincing evidence that petitioner is a flight risk or danger to the community such that his physical custody is required.
4. The Clerk of Court is directed to enter judgment in favor of Petitioner and close this case. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

5.